AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schroeder, Thomas D. | Middle Districtof N C | 05/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

251 North Main Street, Suite 223A
Hiram Ward Federal Courthouse
Winston-Salem, North Carolina 27101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Notre Dame Law Association |
| 2. | Board Member & President | Chief Justice Joseph Branch Inn of Court |
| 3. | Senior Lecturer | Duke University Law School |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2016 | Duke Univeristy School of Law; $3,500) compensation as Senior Lecturer (Spring 2016), plus reasonable reimbursement for related travel and meals |
| 2. | 2016 | Bell Meadowmont, apartment lease |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Duke University School of Law, teaching | $3,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke University School of Law | 01/2016 to 04/2016 | Durham, NC | Reimbursement for travel to campus and meals since class was scheduled in evenings | Meals, transportation mileage |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | University of North Carolina/Chapel Hill | Tuition 2016 | K |
| 2. | Bell Meadowmont | Lease 2016 | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Accounts (Wachovia) | A | Interest | K | T | | | | | |
| 2. US Treasury Series EE Bonds | | None | J | T | | | | | |
| 3. First Tennessee Accounts | B | Interest | N | T | | | | | |
| 4. Valic Fixed Income Plus Annuity | B | Dividend | K | T | | | | | |
| 5. Brokerage #1 (H) | | | | | | | | | |
| 6. -iShares Russell 1000 ETF | B | Dividend | M | T | | | | | |
| 7. -PowerShares FTSE RAFI US 1000 | D | Dividend | N | T | | | | | |
| 8. -iShares MSCI EAFE ETF | C | Dividend | L | T | Sold (part) | 12/08/16 | K | A | |
| 9. -Vanguard FTSE Developed Markets ETF | C | Dividend | M | T | Buy (add'l) | 12/08/16 | K | | |
| 10. -Vanguard FTSE Emerging Markets ETF | C | Dividend | M | T | | | | | |
| 11. -PIMCO Low Duration Fund Instl | B | Dividend | L | T | | | | | |
| 12. -Vanguard Ltd-Term Tax Exempt Adm | A | Dividend | L | T | | | | | |
| 13. -Eaton Vance Floating Rate Instl | A | Dividend | K | T | | | | | |
| 14. -Fidelity Cash Money Market Account | A | Interest | J | T | | | | | |
| 15. Brokerage #2 (H) | | | | | | | | | |
| 16. -iShares Russell 1000 ETF | A | Dividend | L | T | | | | | |
| 17. -PowerShares FTSE RAFI US 1000 | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -iShares MSCI EAFE ETF | A | Dividend | J | T | | | | | |
| 19. -Vanguard FTSE Developed Markets ETF | B | Dividend | K | T | | | | | |
| 20. -Vanguard FTSE Emerging Markets ETF | A | Dividend | K | T | | | | | |
| 21. -PIMCO All Asset All Authority Instl | B | Dividend | K | T | Buy | 01/29/16 | K | | |
| 22. -PIMCO All Asset Fund Instl | | None | | | Sold | 01/29/16 | K | A | |
| 23. -AQR Managed Futures Strategy Cl I | A | Dividend | K | T | | | | | |
| 24. -AQR Style Premia Alternative Cl I | A | Dividend | K | T | | | | | |
| 25. -PIMCO RAE Worldwide Fndmntl Advt PLUS Instl | | None | K | T | | | | | |
| 26. -RiverNorth/DoubleLine Strategic Income I | A | Dividend | K | T | | | | | |
| 27. -Vanguard Short-Term Investment-Grade Adm | A | Dividend | J | T | | | | | |
| 28. -Eaton Vance Floating Rate Instl | B | Dividend | K | T | | | | | |
| 29. -Fidelity Cash Money Market | A | Dividend | J | T | | | | | |
| 30. Brokerage #3 (H) | | | | | | | | | |
| 31. -AQR Managed Futures Strategy Cl I | A | Dividend | L | T | | | | | |
| 32. -Eaton Vance Floating Rate Instl | C | Dividend | M | T | | | | | |
| 33. -Fidelity Cash Money Market | | None | J | T | | | | | |
| 34. IRA #1 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -iShares Russell 1000 ETF | A | Dividend | K | T | | | | | |
| 36.   -PowerShares FTSE RAFI US 1000 | A | Dividend | K | T | | | | | |
| 37.   -iShares MSCI EAFE ETF | A | Dividend | K | T | | | | | |
| 38.   -iShares MSCI Emerging Markets ETF | A | Dividend | J | T | | | | | |
| 39.   -PIMCO All Asset All Authority Instl | B | Dividend | L | T | | | | | |
| 40.   -Eaton Vance Floating Rate Instl | A | Dividend | J | T | | | | | |
| 41.   -Fidelity Treasury Daily Money Market | | None | | | | | | | |
| 42.   IRA #2 (H) | | | | | | | | | |
| 43.   -PIMCO All Asset All Authority Instl | A | Dividend | K | T | | | | | |
| 44.   -Eaton Vance Floating Rate Adv | A | Dividend | J | T | | | | | |
| 45.   IRA #3 (H) | | | | | | | | | |
| 46.   -PowerShares FTSE RAFI US 1000 | B | Dividend | L | T | | | | | |
| 47.   -iShares MSCI EAFE ETF | B | Dividend | L | T | | | | | |
| 48.   -iShares MSCI Emerging Markets EFT | B | Dividend | M | T | | | | | |
| 49.   -PIMCO All Asset All Authority Instl | D | Dividend | M | T | | | | | |
| 50.   -AQR Managed Futures Strategy Cl I | A | Dividend | K | T | | | | | |
| 51.   -AQR Style Premia Alternative Cl I | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -PIMCO RAE Worldwide Fndmntl Advt PLUS Instl | | None | M | T | | | | | |
| 53. -Eaton Vance Emerging Markets Local Income Cl I | D | Dividend | M | T | | | | | |
| 54. -RiverNorth/DoubleLine Strategic Income I | D | Dividend | M | T | | | | | |
| 55. -PIMCO Low Duration Fund Instl | A | Dividend | J | T | | | | | |
| 56. -Eaton Vance Floating Rate Instl | C | Dividend | L | T | | | | | |
| 57. Mass Mutual Whole Life Insurance | B | Dividend | L | T | | | | | |
| 58. Mass Mutual Whole Life Insurance | A | Dividend | K | T | | | | | |
| 59. Loyal American Insurance/Great American Life Insurance Company | A | Dividend | J | U | | | | | |
| 60. Winston-Salem Foundation Donor Advised Fund | | None | J | T | | | | | |
| 61. Vanguard 529 -Vanguard Interest Accumulation Portfolio | A | Interest | J | T | | | | | |
| 62. Vanguard 529 -Vanguard Interest Accumulation Portfolio | A | Interest | J | T | | | | | |
| 63. NC College Foundation 529 Dependable Income Fund | A | Interest | K | T | | | | | |
| 64. Vanguard Duke University Faculty/Staff Retirement Plan (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Parts I, II and III.A.: In the report for calendar year 2015, the terms of compensation and reimbursements for teaching as Senior Lecturer at Duke University Law School were set forth in Part III.A. In the present report,the terms for 2016 are also set forth in Parts I and II, although they are the same and would be identical for the 2015 report.

Part VII, Line 59: The Loyal American Life Insurance Company policy appears to be affiliated with and/or administered by The Great American Life Insurance Company.

Part VII, line 60: The Winston-Salem Foundation Donor Advised Fund reflects money we donated irrevocably to, and is owned by, the Foundation, but I and my spouse can direct donations from that Fund to charities of our choice. We can receive no income from its investment; rather, the Fund receives the income. The Fund was exhausted during calendar year 2016.

On lines 21 and 75 of my 2015 report, Fidelity Cash Reserves and Fidelity Treasury Daily Money Market: are not reportable in 2016 because income and value afell below the reporting threshold.

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D. | 05/15/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas D. Schroeder**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544